Chief Magistrate Judge Mary Alice Theiler

FILED ___ ENTERED
LODGED ___ RECEIVED

JAN 20 2015

CLERK U.S. DISTRICT COURT AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN RICHARD FARRELL <br><br> Defendant. | NO. MJ15-016 <br><br> GOVERNMENT'S MOTION FOR DETENTION |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves a drug offense with a maximum sentence of ten years or more, and risk the defendant will flee.

2. **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure the defendant's appearance as required and the safety of any other person and the community.

3. **Rebuttable Presumption.** The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because there is probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more.

4. **Time for Detention Hearing.** The United States requests the Court conduct the detention hearing after a continuance of one (1) day.

DATED this 20th day of January, 2015

Respectfully submitted,
ANNETTE L. HAYES
Acting United States Attorney

NICHOLAS MANHEIM
Assistant United States Attorney