```
                                                    ___ FILED      ___ ENTERED
                                                    ___ LODGED     ___ RECEIVED
```

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT of WASHINGTON

JAN 22 2015

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| Plaintiff, ) | Case # MJ15-16 |
| vs. ) | AGREEMENT TO SUPERVISE DEFENDANT |
| BRIAN FARRELL, ) | |
| Defendant. ) | |

I AGREE AND PROMISE THAT, for as long as this charge is pending against the defendant and (s)he is released from custody:

(1) I will generally supervise the defendant;

(2) I will use my best efforts to assure the appearance of the defendant at all scheduled hearings before the United States District Judge and before the United States Magistrate Judge;

(3) If I lose contact with the defendant, or if to my knowledge the defendant violates any condition of the Appearance Bond, I will notify the office of the United States Attorney at (206) 553-7970, and the United States Pretrial Services office at (206) 370-8950, within one (1) business day.

(4) OTHER:
_____
_____
_____

_Nancy Farrell_____  (Signature)

_Nancy Farrell_____  (Print full name)